**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CAINVEST BANK & TRUST, Ltd.<br><br>   Plaintiff<br><br>v.<br><br>ACTIVO INTERNATIONAL BANK, Inc.<br><br>   Defendant | Civ. Number 20-1070 (GAG) |

**CORPORATE DISCLOSURE STATEMENT**

**TO THE HONORABLE COURT:**

**Now comes the plaintiff,** Cainvest Bank & Trust, Ltd., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, respectfully informs the Court the there are no parent companies, subsidiaries and affiliates which have issued shares to the public or any parent corporation any publicly held corporation which owes 10% or more of the shares of the plaintiff in this action.

WHEREFORE, the plaintiff respectfully requests the Court to take note of the above.

Respectfully Submitted this 6th day of February, 2020.

>Berkan/Mendez
>Calle O'Neill G-11
>San Juan, Puerto Rico 00918-2301
>Tel.: (787) 764-0814
>Fax.: (787)250-0986
>berkanmendez@gmail.com

By:   Judith Berkan,
      /s/ Judith Berkan
       USDC 200803
       berkanj@microjuris.com