# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAINVEST BANK & TRUST, Ltd.<br><br>  Plaintiff<br><br>v.<br><br>ACTIVO INTERNATIONAL BANK, Inc.<br><br>  Defendant | Civ. Number 20-1070 GAG |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

**NOW COMES the plaintiff, Cainvest Bank & Trust, Ltd.,** a corporation organized under the laws of the Cayman Islands, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure hereby gives Notice that it is voluntarily dismissing the Complaint in this case.

To date, there has been no Answer to the Complaint or request for Summary Judgment. Accordingly, this dismissal is without prejudice and effective upon the filing of this Notice, without the need for further orders from this Court. *See, Rule 41(a)(1)(B)*.

Respectfully Submitted this 14th day of May, 2020.

> Berkan/Mendez
> Calle O'Neill G-11
> San Juan, Puerto Rico 00918-2301
> Tel.: (787) 764-0814
> Fax.: (787)250-0986
> berkanmendez@gmail.com

By:     <u>Judith Berkan</u>,
         /s/ Judith Berkan
          USDC 200803
          berkanj@microjuris.com