# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CAINVEST BANK & TRUST, LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ACTIVO INTERNATIONAL BANK, INC.,**<br><br>**Defendant.** | **CASE NO. 20-1070 (GAG)** |

## JUDGMENT

Pursuant to the Notice of Voluntary Dismissal at Docket No. 11, judgment is hereby entered **DISMISSING WITHOUT PREJUDICE** the instant case.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of May, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge